IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEVANDAL THOMAS,
    Plaintiff,

vs.                                          Case No.   3:11cv376/LAC/CJK

EDWARD G. BUSS, et al.,
    Defendants.
_____

O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 12, 2012. (Doc. 30). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.    The plaintiff's Motion for Voluntary Dismissal (doc. 29) is construed as a notice of voluntary dismissal.

3. This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i) and the clerk is directed to close the file.

DONE AND ORDERED this 12th day of October, 2012.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE